# EXHIBIT C
# CURE NOTICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EWGS INTERMEDIARY, LLC, *et al.*,[1] | ) | Case No. 13-[_____] ( ) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES AND THE CURE AMOUNTS FOR THOSE CONTRACTS AND LEASES

PLEASE TAKE NOTICE THAT on [_____], 2013, EWGS Intermediary, LLC and Edwin Watts Golf Shops, LLC, the debtors and debtors-in-possession herein (collectively, the "Debtors") obtained an order approving this *Notice of Assumption and Assignment of Certain Contracts and Leases and the Cure Amounts for Those Contracts and Leases* (the "Cure Notice") governing unexpired leases to be assumed and assigned (each an *"Assigned Contract"*) and the proposed amount necessary to cure any defaults which may exist with respect to each Assigned Contract (the "Cure Amounts").

PLEASE TAKE FURTHER NOTICE THAT the Cure Notice is submitted with the following limitations. First, by including amounts due as [_____], 2013 for pre-petition contracts and leases , the Debtors are not thereby admitting that any such contract or lease is executory or unexpired and subject to assumption under section 365 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"). Second, inclusion of a contract or lease in this Cure Notice does not mean that the Debtors necessarily will assume the contract or lease or that such contract or lease will be assigned to the Successful Bidder. Third,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: EWGS Intermediary, LLC (5356) and Edwin Watts Golf Shops, LLC (5356). The address of the Debtors' corporate headquarters is 20 Hill Avenue NW, Fort Walton Beach, FL 32548.

the Debtors do not waive their rights to dispute any of the Cure Amounts listed in this Cure Notice.

PLEASE TAKE FURTHER NOTICE THAT this Cure Notice does not address post-petition amounts that may be due and owing under any contract or lease as of the date of any assumption and assignment.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these chapter 11 cases. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE FURTHER NOTICE THAT objections to the proposed Cure Amount set forth herein, or to the assumption and assignment to the Successful Bidder of any of the contracts or leases listed herein, if any, must (a) be in writing, (b) set forth in reasonable detail the nature of and grounds for the objection, (c) if the objection relates to the Cure Amount, set forth in reasonable detail the amount that the counterparty believes is the appropriate Cure Amount, and should be accompanied by a reasonably detailed statement supporting the counter-party's allegation of the appropriate Cure Amount, (d) conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and (e) be served on: (i) counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE, 19801, Attn: Domenic E. Pacitti, Esq., (email: dpacitti@klehr.com); (ii) counsel to the Joint Venture,[____________________]; (iii) the U.S. Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE, 19801, Attn: [____________________]; (iv) counsel to the Creditors' Committee,

[_____]; and (v) counsel to PNC [_____]. Objections

must be filed in the United States Bankruptcy Court for the District of Delaware and served so as

to be received on or before [_____] at [_____] **Eastern Time** (the "Objection

Deadline").

Unless an objection is filed and served before the Objection Deadline, all counter-parties

shall (i) be forever barred from objecting to the proposed Cure Amounts and from asserting any

additional cure or other amounts and the Debtors and the Successful Bidder shall be entitled to

rely solely upon the proposed Cure Amounts set forth in the Cure Notice; (ii) be deemed to have

consented to the assumption and assignment, and (iii) be forever barred and estopped from

asserting or claiming against the Debtors or the Successful Bidder that any additional amounts

are due or other defaults exist, that conditions to assignment must be satisfied under such

Assigned Contract or that there is any objection or defense to the assumption and assignment of

such Assigned Contract.

| | |
|---|---|
| Dated: November [ ], 2013<br>Wilmington, Delaware | /s/ _____<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY<br>BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:　(302) 426-1189<br>Facsimile:　(302) 426-9193<br><br>*Proposed Counsel to the Debtors<br>and Debtors in Possession* |

## LIST OF PROPOSED ASSIGNED LEASES AND CURE AMOUNT

3

PHIL1 3167187v.6

**[TO BE SUPPLEMENTED]**

4

PHIL1 3167187v.6