**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| EWGS Intermediary, LLC, *et al*. | : | Case No. 13-12876 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **Callaway Golf Company,** Attn: Suzanne McKinley, 2180 Rutherford Rd., Carlsbad, CA 92008, Phone: 760-804-4247, Fax: 760-804-4291

2.     **Taylor Made Golf Co.,** Attn: Lawrence J. Kustra, 5545 Fermi Ct., Carlsbad, CA 92008, Phone: 760-918-6124, Fax: 760-918-2134

3.     **Acushnet Company,** Attn: Denise Reyes, 333 Bridge St., PO Box 965, Fairhaven, MA 02719, Phone: 508-979-3485, Fax: 508-979-3913

4.     **Fifth Third Bank,** Attn: Shannon Barrow, 38 Fountain Square Plaza, Cincinnati, OH 45263, Phone: 513-534-5023

5.     **Cobra Golf Inc.**, Attn: Adam Senter, 1818 Aston Ave., Carlsbad, CA 92008, Phone: 760-710-3535, Fax: 978-303-6661

6.     **Nike Inc.**, Attn: Noel Runge, One Bowerman Dr., Beaverton, OR 97005, Phone: 503-532-2612, Fax: 503-395-2762

7.     **Cleveland Golf**, Attn: Adrian Smith, 5601 Skylab Rd., Huntington Beach, CA 92647, Phone: 714-889-1305, Fax: 714-889-5890


                ROBERTA A. DEANGELIS
                United States Trustee, Region 3


                /s/ David L. Buchbinder for
                T. PATRICK TINKER
                ASSISTANT UNITED STATES TRUSTEE

DATED: November 13, 2013

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: Domenic E. Pacitti, Esquire, Phone: 302-552-5511, Fax: 302-426-9193