**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EWGS INTERMEDIARY, LLC, *et al.*,[1] | ) ) ) | Case No. 13-12876 (MFW) |
| Debtors. | ) ) ) ) | Jointly Administered  **Related to Docket Nos. 23, 24, 88** |

**NOTICE OF AUCTION RESULTS AND IDENTIFICATION OF SUCCESSFUL
BIDDER IN ACCORDANCE WITH THE SALE PROCEDURES**

**PLEASE BE ADVISED** that in accordance with the *Order (A) Authorizing and Scheduling an Auction and Hearing to Approve the Sale of Substantially all of the Assets of the Debtors, (B) Approving the Sale Procedures for Such Assets, (C) Approving the Form and Scope of Notice of the Sale Procedures and Auction, (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief* [Docket No. 88] (the "***Sale Procedures Order***"), the Debtors hereby confirm a contractual joint venture comprised of Hilco Merchant Resources, LLC and GWNE, Inc. ("***Purchaser***"), as the Successful Bidder under the Sale Procedures and Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Sale Procedures Orders, the Debtors commenced an Auction on December 4, 2013 that has resulted in the Purchaser being selected as the Successful Bidder and a contractual joint

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: EWGS Intermediary, LLC (5356) and Edwin Watts Golf Shops, LLC (5356).

PHIL1 3257304v.1

venture comprised of Gordon Brothers Retail Partners, LLC and EJ Golf, LLC being selected as the Back-Up Bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing to approve the sale to the Purchaser or the Back-Up Bidder will occur on **December 5, 2013 at 9:30 a.m. prevailing Eastern Time** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801, subject to adjournment by the Debtors as permitted in the Sale Procedures Order.

| | |
|---|---|
| Dated: December 4, 2013<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |